## THIRD DISTRICT.

William Schmidgall, appellee, v. Pekin Loan & Homestead Asso-
ciation, appellant. Gen. No. 9,123.

Opinion filed October 14, 1938. Rehearing denied January 3, 1939.

Ralph Dempsey and P. A. D'Arcy, for appellant. Robert H. Allison, for appellee.

Mr. Justice Fulton delivered the opinion of the court.